# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2083

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Jonathon Stout, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: January 5, 2006
Filed: January 11, 2006

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Jonathon Stout pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). His written plea agreement included an appeal waiver. The district court[1] sentenced him to the statutory minimum of 180 months in prison and 5 years of supervised release. See 18 U.S.C. § 924(e)(1). On appeal, Stout's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), and Stout has filed a pro se supplemental brief.

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

After reading the briefs and reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we dismiss this appeal on the basis of the appeal waiver in the plea agreement.  <u>See</u> <u>United States v. Andis</u>, 333 F.3d 886, 889-90 (8th Cir.) (en banc) (criteria for enforcing appeal waiver), <u>cert. denied</u>, 540 U.S. 997 (2003); <u>United States v. Estrada-Bahena</u>, 201 F.3d 1070, 1071 (8th Cir. 2000) (per curiam) (enforcing appeal waiver in <u>Anders</u> case).  We also grant counsel's motion to withdraw.

_____